Local MIE Form 3
(11/03)

Order of the Court to Dismiss Violation Petition/
Recall Warrant/Summons/
Request Further Action From the Court

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Michigan

UNITED STATES OF AMERICA

        v.

  Dennis Lloyd Neuman                         Crim. No.     03-CR-80389-01

    On October 4, 2006, the Court authorized a petition and warrant for supervised release violation charge(s).

        The probation department is recommending that the violation
        petition be dismissed and the warrant be recalled and that the case
        be closed.

Reviewed and Approved:                         Respectfully submitted,

s/Robin K. Johnson                              s/Bennadette Moore
Supervising U.S. Probation Officer           U.S. Probation Officer
313-234-5463                                          313-234-5438

### ORDER OF THE COURT

    Pursuant to the above, it is ordered that the violation petition dated October 4, 2006 be dismissed, the warrant be recalled and that the case be closed.

    Dated this 20th Day of May, 2010.

                                                 S/George Caram Steeh
                                                 George Caram Steeh
                                                 United States District Judge

cc: DUSM
     AUSA